## ENDORSEMENT

Eugene Fisch v. Republic of Poland, et al.   (07 CV 7204 (LAP))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

LORETTA A. PRESKA, U.S.D.J.

      Plaintiff has submitted an application for appointment of pro bono counsel.  As a threshold matter, a plaintiff applying for pro bono counsel must demonstrate a likelihood of success on the merits of the claim.  Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); see also Cooper v. A. Sargenti Co., 877 F.2d 170, 172-73 (2d Cir. 1989).  On the present record, the Court is unable to determine plaintiff's likelihood of success on the merits.  Accordingly, plaintiff's request is denied without prejudice to reapplying upon submission of a copy of the transcript of plaintiff's deposition.

SO ORDERED:

Dated: New York, New York
       September 13, 2007

_____
LORETTA A. PRESKA, U.S.D.J.

Orderdenyingapptwithtranscplt